UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE JACK PARKER CORPORATION, <br><br> Defendant. | ECF CASE <br><br> No.: 1:18-cv-8324 (VEC) |

NOTICE OF VOLUNTARY DISMISSAL

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff Fischler hereby voluntarily dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: February 22, 2019
New York, New York

                                 s/ Douglas B. Lipsky
                                 Douglas B. Lipsky
                                 LIPSKY LOWE LLP
                                 630 Third Avenue, Fifth Floor
                                 New York, New York 10017-6705
                                 doug@lipskylowe.com
                                 Tel: 212.392.4772
                                 *Attorneys for Plaintiff*